# Zachary D. Lytle

# Proof of Income
# Filed pursuant to rule 1007-4

# 26-22477 JAD

Statement of Earnings For: **Zachary Lytle**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 3/1/2026 | Check Date: | 3/13/2026 | **ReBuild TPS I LLC**<br>161 Worcester Rd<br>STE 606<br>Framingham, MA 01701<br>720-839-5016 |
| Clock Number: | | Division | OPS | Period End: | 3/10/2026 | Pay Type: | Hourly | |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8543436 | $0.00 | $2,081.04 | $1,649.50 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Bonus | | | 2,081.04 | 0.00 | 2,081.04 |
| *401(k) SH Match | | | 20.81 | 0.00 | 186.28 |
| Regular | | | 0.00 | 335.62 | 13,716.78 |
| Overtime | | | 0.00 | 10.70 | 655.97 |
| Holiday | | | 0.00 | 40.00 | 1,634.80 |
| Sick | | | 0.00 | 10.00 | 408.70 |
| Vacation | | | 0.00 | 3.00 | 122.61 |
| *Unpaid Meal | | | 0.00 | 19.50 | 0.00 |
| GTL | | | 0.00 | 0.00 | 7.50 |
| **Total:** | | 0.00 | 2,081.04 | 399.32 | 18,627.40 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 129.02 | 1,079.87 |
| MED EE | 30.17 | 252.55 |
| FEDERAL WH | 163.38 | 1,812.04 |
| PA WH | 63.89 | 534.47 |
| ARNOLD CITY | 20.82 | 174.12 |
| PA SUI EE | 1.45 | 13.03 |
| ARNOLD CITY LST | 2.00 | 12.00 |
| **Total:** | 410.73 | 3,878.08 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 712.14 |
| Medical Pre-Tax | 0.00 | 1,166.05 |
| Dental Pre-Tax | 0.00 | 40.20 |
| Vision Pre-Tax | 0.00 | 3.90 |
| 401(k) | 20.81 | 186.28 |
| **Total:** | 20.81 | 2,108.57 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 14.82 |
| Sick - TPS I | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 8.37 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 1,649.50 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/13/2026 | V8543436 |

| TOTAL NET PAY |
|---|
| ******$1,649.50 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 3/1/2026 | Check Date: | 3/20/2026 |
| Clock Number: | | Division | OPS | Period End: | 3/14/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8572246 | $0.00 | $3,577.35 | $2,159.99 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 80.00 | 3,269.60 | 415.62 | 16,986.38 |
| Overtime | 61.3050 | 5.02 | 307.75 | 15.72 | 963.72 |
| *Unpaid Meal | | 5.00 | 0.00 | 24.50 | 0.00 |
| GTL | | | 1.50 | 0.00 | 9.00 |
| *401(k) SH Match | | | 35.79 | 0.00 | 222.07 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 40.00 | 1,634.80 |
| Sick | | | 0.00 | 10.00 | 408.70 |
| Vacation | | | 0.00 | 3.00 | 122.61 |
| **Total:** | | 85.02 | 3,578.85 | 484.34 | 22,206.25 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 206.88 | 1,286.75 |
| MED EE | 48.38 | 300.93 |
| FEDERAL WH | 386.28 | 2,198.32 |
| PA WH | 102.39 | 636.86 |
| ARNOLD CITY | 33.36 | 207.48 |
| PA SUI EE | 2.51 | 15.54 |
| ARNOLD CITY LST | 2.00 | 14.00 |
| **Total:** | 781.80 | 4,659.88 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 357.74 | 1,069.88 |
| Medical Pre-Tax | 233.21 | 1,399.26 |
| Dental Pre-Tax | 8.04 | 48.24 |
| Vision Pre-Tax | 0.78 | 4.68 |
| 401(k) | 35.79 | 222.07 |
| **Total:** | 635.56 | 2,744.13 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.8972 | Taken: | 0.00 | Balance | 19.72 |
| Sick - TPS I | Accrued: | 2.8312 | Taken: | 0.00 | Balance | 11.20 |

**DISTRIBUTION OF NET PAY**

| | | | | |
|---|---|---|---|---|
| Checking | Account: | ####2296 | Deposit Amount: | 2,159.99 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/20/2026 | V8572246 |

| TOTAL NET PAY |
|---|
| ******$2,159.99 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle** | **ReBuild TPS I LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 3/15/2026 | Check Date: | 4/3/2026 | 161 Worcester Rd |
| Clock Number: | | Division | OPS | Period End: | 3/28/2026 | Pay Type: | Hourly | STE 606 |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | Framingham, MA 01701 |
| | | State Filing: | | Exemptions: | | Additional Tax: | | 720-839-5016 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8623941 | $0.00 | $3,373.00 | $2,242.14 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 66.53 | 2,719.08 | 482.15 | 19,705.46 |
| Sick | 40.8700 | 8.00 | 326.96 | 18.00 | 735.66 |
| Vacation | 40.8700 | 8.00 | 326.96 | 11.00 | 449.57 |
| *Unpaid Meal | | 4.00 | 0.00 | 28.50 | 0.00 |
| GTL | | | 1.50 | 0.00 | 10.50 |
| *401(k) SH Match | | | 33.75 | 0.00 | 255.82 |
| Overtime | | | 0.00 | 15.72 | 963.72 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 40.00 | 1,634.80 |
| **Total:** | | 82.53 | 3,374.50 | 566.87 | 25,580.75 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 194.22 | 1,480.97 |
| MED EE | 45.42 | 346.35 |
| FEDERAL WH | 341.77 | 2,540.09 |
| PA WH | 96.12 | 732.98 |
| ARNOLD CITY | 31.30 | 238.78 |
| PA SUI EE | 2.36 | 17.90 |
| ARNOLD CITY LST | 2.00 | 16.00 |
| **Total:** | 713.19 | 5,373.07 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 141.89 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 1,632.47 |
| Dental Pre-Tax | 8.04 | 56.28 |
| Vision Pre-Tax | 0.78 | 5.46 |
| 401(k) | 33.75 | 255.82 |
| **Total:** | 417.67 | 3,161.80 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.7537 | Taken: | 8.00 | Balance | 16.47 |
| Sick - TPS I | Accrued: | 2.7482 | Taken: | 8.00 | Balance | 5.94 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 2,242.14 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/3/2026 | V8623941 |

| TOTAL NET PAY |
|---|
| ******$2,242.14 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 3/29/2026 | Check Date: | 4/17/2026 |
| Clock Number: | | Division | OPS | Period End: | 4/11/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8678841 | $0.00 | $3,828.70 | $2,682.20 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 80.00 | 3,269.60 | 562.15 | 22,975.06 |
| Overtime | 61.3050 | 9.12 | 559.10 | 24.84 | 1,522.82 |
| *Unpaid Meal | | 5.00 | 0.00 | 33.50 | 0.00 |
| GTL | | | 1.50 | 0.00 | 12.00 |
| *401(k) SH Match | | | 38.30 | 0.00 | 294.12 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 40.00 | 1,634.80 |
| Sick | | | 0.00 | 18.00 | 735.66 |
| Vacation | | | 0.00 | 11.00 | 449.57 |
| **Total:** | | 89.12 | 3,830.20 | 655.99 | 29,410.95 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 222.46 | 1,703.43 |
| MED EE | 52.03 | 398.38 |
| FEDERAL WH | 441.03 | 2,981.12 |
| PA WH | 110.11 | 843.09 |
| ARNOLD CITY | 35.86 | 274.64 |
| PA SUI EE | 2.68 | 20.58 |
| ARNOLD CITY LST | 2.00 | 18.00 |
| **Total:** | 866.17 | 6,239.24 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 1,865.68 |
| Dental Pre-Tax | 8.04 | 64.32 |
| Vision Pre-Tax | 0.78 | 6.24 |
| 401(k) | 38.30 | 294.12 |
| **Total:** | 280.33 | 3,442.13 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 5.1333 | Taken: | 0.00 | Balance | 21.60 |
| Sick - TPS I | Accrued: | 2.9677 | Taken: | 0.00 | Balance | 8.91 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 2,682.20 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/17/2026 | V8678841 |

| TOTAL NET PAY |
|---|
| ******$2,682.20 |

[redacted]
**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 4/12/2026 | Check Date: | 5/1/2026 |
| Clock Number: | | Division | OPS | Period End: | 4/25/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8732575 | $0.00 | $3,813.38 | $2,672.15 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 80.00 | 3,269.60 | 642.15 | 26,244.66 |
| Overtime | 61.3050 | 8.87 | 543.78 | 33.71 | 2,066.60 |
| *Unpaid Meal | | 5.00 | 0.00 | 38.50 | 0.00 |
| GTL | | | 1.50 | 0.00 | 13.50 |
| *401(k) SH Match | | | 38.15 | 0.00 | 332.27 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 40.00 | 1,634.80 |
| Sick | | | 0.00 | 18.00 | 735.66 |
| Vacation | | | 0.00 | 11.00 | 449.57 |
| **Total:** | | 88.87 | 3,814.88 | 744.86 | 33,225.83 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 221.52 | 1,924.95 |
| MED EE | 51.81 | 450.19 |
| FEDERAL WH | 437.69 | 3,418.81 |
| PA WH | 109.64 | 952.73 |
| ARNOLD CITY | 35.72 | 310.36 |
| PA SUI EE | 2.67 | 23.25 |
| ARNOLD CITY LST | 2.00 | 20.00 |
| **Total:** | 861.05 | 7,100.29 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 2,098.89 |
| Dental Pre-Tax | 8.04 | 72.36 |
| Vision Pre-Tax | 0.78 | 7.02 |
| 401(k) | 38.15 | 332.27 |
| **Total:** | 280.18 | 3,722.31 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 5.1189 | Taken: | 0.00 | Balance | 26.72 |
| Sick - TPS I | Accrued: | 2.9594 | Taken: | 0.00 | Balance | 11.87 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: | 2,672.15 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/1/2026 | V8732575 |

| TOTAL NET PAY |
|---|
| ******$2,672.15 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 4/26/2026 | Check Date: | 5/15/2026 |
| Clock Number: | | Division | OPS | Period End: | 5/9/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8785192 | $0.00 | $3,642.74 | $2,560.53 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 67.43 | 2,755.86 | 709.58 | 29,000.52 |
| Overtime | 61.3050 | 3.80 | 232.96 | 37.51 | 2,299.56 |
| Sick | 40.8700 | 8.00 | 326.96 | 26.00 | 1,062.62 |
| Vacation | 40.8700 | 8.00 | 326.96 | 19.00 | 776.53 |
| *Unpaid Meal | | 4.00 | 0.00 | 42.50 | 0.00 |
| GTL | | | 1.50 | 0.00 | 15.00 |
| *401(k) SH Match | | | 36.44 | 0.00 | 368.71 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 40.00 | 1,634.80 |
| **Total:** | | 87.23 | 3,644.24 | 832.09 | 36,870.07 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 210.94 | 2,135.89 |
| MED EE | 49.33 | 499.52 |
| FEDERAL WH | 400.52 | 3,819.33 |
| PA WH | 104.40 | 1,057.13 |
| ARNOLD CITY | 34.00 | 344.36 |
| PA SUI EE | 2.55 | 25.80 |
| ARNOLD CITY LST | 2.00 | 22.00 |
| **Total:** | 803.74 | 7,904.03 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 2,332.10 |
| Dental Pre-Tax | 8.04 | 80.40 |
| Vision Pre-Tax | 0.78 | 7.80 |
| 401(k) | 36.44 | 368.71 |
| **Total:** | 278.47 | 4,000.78 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 5.0244 | Taken: | 8.00 | Balance | 23.75 |
| Sick - TPS I | Accrued: | 2.9048 | Taken: | 8.00 | Balance | 6.78 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 2,560.53 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/15/2026 | V8785192 |

| TOTAL NET PAY |
|---|
| ******$2,560.53 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: Zachary Lytle

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 5/10/2026 | Check Date: | 5/29/2026 |
| Clock Number: | | Division | OPS | Period End: | 5/23/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8837606 | $0.00 | $3,623.94 | $2,548.22 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 80.00 | 3,269.60 | 789.58 | 32,270.12 |
| Overtime | 61.3050 | 5.78 | 354.34 | 43.29 | 2,653.90 |
| *Unpaid Meal | | 5.00 | 0.00 | 47.50 | 0.00 |
| GTL | | | 1.50 | 0.00 | 16.50 |
| *401(k) SH Match | | | 36.25 | 0.00 | 404.96 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 40.00 | 1,634.80 |
| Sick | | | 0.00 | 26.00 | 1,062.62 |
| Vacation | | | 0.00 | 19.00 | 776.53 |
| **Total:** | | 85.78 | 3,625.44 | 917.87 | 40,495.51 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 209.77 | 2,345.66 |
| MED EE | 49.06 | 548.58 |
| FEDERAL WH | 396.43 | 4,215.76 |
| PA WH | 103.82 | 1,160.95 |
| ARNOLD CITY | 33.82 | 378.18 |
| PA SUI EE | 2.54 | 28.34 |
| ARNOLD CITY LST | 2.00 | 24.00 |
| **Total:** | 797.44 | 8,701.47 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 2,565.31 |
| Dental Pre-Tax | 8.04 | 88.44 |
| Vision Pre-Tax | 0.78 | 8.58 |
| 401(k) | 36.25 | 404.96 |
| **Total:** | 278.28 | 4,279.06 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.9409 | Taken: | 0.00 | Balance | 28.69 |
| Sick - TPS I | Accrued: | 2.8565 | Taken: | 0.00 | Balance | 9.63 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 2,548.22 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/29/2026 | V8837606 |

| TOTAL NET PAY |
|---|
| ******$2,548.22 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 5/24/2026 | Check Date: | 6/12/2026 |
| Clock Number: | | Division | OPS | Period End: | 6/6/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8892896 | $0.00 | $3,390.57 | $2,395.53 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 72.98 | 2,982.69 | 862.56 | 35,252.81 |
| Overtime | 61.3050 | 1.32 | 80.92 | 44.61 | 2,734.82 |
| Holiday | 40.8700 | 8.00 | 326.96 | 48.00 | 1,961.76 |
| *Unpaid Meal | | 4.50 | 0.00 | 52.00 | 0.00 |
| GTL | | | 1.50 | 0.00 | 18.00 |
| *401(k) SH Match | | | 33.92 | 0.00 | 438.88 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Sick | | | 0.00 | 26.00 | 1,062.62 |
| Vacation | | | 0.00 | 19.00 | 776.53 |
| **Total:** | | 82.30 | 3,392.07 | 1,000.17 | 43,887.58 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 195.30 | 2,540.96 |
| MED EE | 45.68 | 594.26 |
| FEDERAL WH | 345.60 | 4,561.36 |
| PA WH | 96.66 | 1,257.61 |
| ARNOLD CITY | 31.48 | 409.66 |
| PA SUI EE | 2.37 | 30.71 |
| ARNOLD CITY LST | 2.00 | 26.00 |
| **Total:** | 719.09 | 9,420.56 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 2,798.52 |
| Dental Pre-Tax | 8.04 | 96.48 |
| Vision Pre-Tax | 0.78 | 9.36 |
| 401(k) | 33.92 | 438.88 |
| **Total:** | 275.95 | 4,555.01 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.7405 | Taken: | 0.00 | Balance | 33.43 |
| Sick - TPS I | Accrued: | 2.7406 | Taken: | 0.00 | Balance | 12.37 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: | 2,395.53 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/12/2026 | V8892896 |

| TOTAL NET PAY |
|---|
| ******$2,395.53 |

[redacted]
**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings for: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 6/7/2026 | Check Date: | 6/26/2026 |
| Clock Number: | | Division | OPS | Period End: | 6/20/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V8956632 | $0.00 | $3,609.84 | $2,538.99 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 80.00 | 3,269.60 | 942.56 | 38,522.41 |
| Overtime | 61.3050 | 5.55 | 340.24 | 50.16 | 3,075.06 |
| *Unpaid Meal | | 5.00 | 0.00 | 57.00 | 0.00 |
| GTL | | | 1.50 | 0.00 | 19.50 |
| *401(k) SH Match | | | 36.11 | 0.00 | 474.99 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 48.00 | 1,961.76 |
| Sick | | | 0.00 | 26.00 | 1,062.62 |
| Vacation | | | 0.00 | 19.00 | 776.53 |
| **Total:** | | 85.55 | 3,611.34 | 1,085.72 | 47,498.92 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 208.90 | 2,749.86 |
| MED EE | 48.85 | 643.11 |
| FEDERAL WH | 393.36 | 4,954.72 |
| PA WH | 103.39 | 1,361.00 |
| ARNOLD CITY | 33.68 | 443.34 |
| PA SUI EE | 2.53 | 33.24 |
| ARNOLD CITY LST | 2.00 | 28.00 |
| **Total:** | 792.71 | 10,213.27 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 3,031.73 |
| Dental Pre-Tax | 8.04 | 104.52 |
| Vision Pre-Tax | 0.78 | 10.14 |
| 401(k) | 36.11 | 474.99 |
| **Total:** | 278.14 | 4,833.15 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.9277 | Taken: | 0.00 | Balance | 38.36 |
| Sick - TPS I | Accrued: | 2.8488 | Taken: | 0.00 | Balance | 15.22 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 2,538.99 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/26/2026 | V8956632 |

| TOTAL NET PAY |
|---|
| ******$2,538.99 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 6/21/2026 | Check Date: | 7/10/2026 |
| Clock Number: | | Division | OPS | Period End: | 7/4/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9005696 | $0.00 | $3,511.35 | $2,474.54 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 73.07 | 2,986.37 | 1,015.63 | 41,508.78 |
| Overtime | 61.3050 | 3.23 | 198.02 | 53.39 | 3,273.08 |
| Holiday | 40.8700 | 8.00 | 326.96 | 56.00 | 2,288.72 |
| *Unpaid Meal | | 4.50 | 0.00 | 61.50 | 0.00 |
| GTL | | | 1.50 | 0.00 | 21.00 |
| *401(k) SH Match | | | 35.13 | 0.00 | 510.12 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Sick | | | 0.00 | 26.00 | 1,062.62 |
| Vacation | | | 0.00 | 19.00 | 776.53 |
| **Total:** | | 84.30 | 3,512.85 | 1,170.02 | 51,011.77 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 202.79 | 2,952.65 |
| MED EE | 47.43 | 690.54 |
| FEDERAL WH | 371.91 | 5,326.63 |
| PA WH | 100.37 | 1,461.37 |
| ARNOLD CITY | 32.70 | 476.04 |
| PA SUI EE | 2.45 | 35.69 |
| ARNOLD CITY LST | 2.00 | 30.00 |
| **Total:** | 759.65 | 10,972.92 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 3,264.94 |
| Dental Pre-Tax | 8.04 | 112.56 |
| Vision Pre-Tax | 0.78 | 10.92 |
| 401(k) | 35.13 | 510.12 |
| **Total:** | 277.16 | 5,110.31 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.8557 | Taken: | 0.00 | Balance | 43.21 |
| Sick - TPS I | Accrued: | 2.8072 | Taken: | 0.00 | Balance | 18.03 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: | 2,474.54 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/10/2026 | V9005696 |

| TOTAL NET PAY |
|---|
| ******$2,474.54 |

[redacted]
**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 7/5/2026 | Check Date: | 7/24/2026 |
| Clock Number: | | Division | OPS | Period End: | 7/18/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9064228 | $0.00 | $3,323.55 | $2,351.68 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 65.32 | 2,669.63 | 1,080.95 | 44,178.41 |
| Sick | 40.8700 | 8.00 | 326.96 | 34.00 | 1,389.58 |
| Vacation | 40.8700 | 8.00 | 326.96 | 27.00 | 1,103.49 |
| *Unpaid Meal | | 4.00 | 0.00 | 65.50 | 0.00 |
| GTL | | | 1.50 | 0.00 | 22.50 |
| *401(k) SH Match | | | 33.25 | 0.00 | 543.37 |
| Overtime | | | 0.00 | 53.39 | 3,273.08 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 56.00 | 2,288.72 |
| **Total:** | | 81.32 | 3,325.05 | 1,251.34 | 54,336.82 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 191.14 | 3,143.79 |
| MED EE | 44.70 | 735.24 |
| FEDERAL WH | 331.00 | 5,657.63 |
| PA WH | 94.60 | 1,555.97 |
| ARNOLD CITY | 30.82 | 506.86 |
| PA SUI EE | 2.33 | 38.02 |
| ARNOLD CITY LST | 2.00 | 32.00 |
| **Total:** | 696.59 | 11,669.51 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 3,498.15 |
| Dental Pre-Tax | 8.04 | 120.60 |
| Vision Pre-Tax | 0.78 | 11.70 |
| 401(k) | 33.25 | 543.37 |
| **Total:** | 275.28 | 5,385.59 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.6840 | Taken: | 8.00 | Balance | 39.90 |
| Sick - TPS I | Accrued: | 2.7080 | Taken: | 8.00 | Balance | 12.74 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 2,351.68 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/24/2026 | V9064228 |

| TOTAL NET PAY |
|---|
| ******$2,351.68 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle** — **ReBuild TPS I LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 7/19/2026 | Check Date: | 8/7/2026 | 161 Worcester Rd |
| Clock Number: | | Division | OPS | Period End: | 8/1/2026 | Pay Type: | Hourly | STE 606 |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | Framingham, MA 01701 |
| | | State Filing: | | Exemptions: | | Additional Tax: | | 720-839-5016 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9120956 | $0.00 | $3,329.68 | $2,355.67 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 72.60 | 2,967.16 | 1,153.55 | 47,145.57 |
| Overtime | 61.3050 | 0.58 | 35.56 | 53.97 | 3,308.64 |
| Sick | 40.8700 | 8.00 | 326.96 | 42.00 | 1,716.54 |
| *Unpaid Meal | | 4.50 | 0.00 | 70.00 | 0.00 |
| GTL | | | 1.50 | 0.00 | 24.00 |
| *401(k) SH Match | | | 33.31 | 0.00 | 576.68 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 56.00 | 2,288.72 |
| Vacation | | | 0.00 | 27.00 | 1,103.49 |
| **Total:** | | 81.18 | 3,331.18 | 1,332.52 | 57,668.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 191.53 | 3,335.32 |
| MED EE | 44.80 | 780.04 |
| FEDERAL WH | 332.34 | 5,989.97 |
| PA WH | 94.79 | 1,650.76 |
| ARNOLD CITY | 30.88 | 537.74 |
| PA SUI EE | 2.33 | 40.35 |
| ARNOLD CITY LST | 2.00 | 34.00 |
| **Total:** | 698.67 | 12,368.18 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 3,731.36 |
| Dental Pre-Tax | 8.04 | 128.64 |
| Vision Pre-Tax | 0.78 | 12.48 |
| 401(k) | 33.31 | 576.68 |
| **Total:** | 275.34 | 5,660.93 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.6760 | Taken: | 0.00 | Balance | 44.57 |
| Sick - TPS I | Accrued: | 2.7033 | Taken: | 8.00 | Balance | 7.44 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 2,355.67 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/7/2026 | V9120956 |

| TOTAL NET PAY |
|---|
| ******$2,355.67 |

[redacted]

**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**

Statement of Earnings For: **Zachary Lytle**

**ReBuild TPS I LLC**
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | [redacted] | Department | MACH | Period Begin: | 8/2/2026 | Check Date: | 8/21/2026 |
| Clock Number: | | Division | OPS | Period End: | 8/15/2026 | Pay Type: | Hourly |
| Company Id: | [redacted] | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9170582 | $0.00 | $3,330.91 | $2,356.49 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 40.8700 | 65.50 | 2,676.99 | 1,219.05 | 49,822.56 |
| Sick | 40.8700 | 6.00 | 245.22 | 48.00 | 1,961.76 |
| Vacation | 40.8700 | 10.00 | 408.70 | 37.00 | 1,512.19 |
| *Unpaid Meal | | 4.00 | 0.00 | 74.00 | 0.00 |
| GTL | | | 1.50 | 0.00 | 25.50 |
| *401(k) SH Match | | | 33.32 | 0.00 | 610.00 |
| Overtime | | | 0.00 | 53.97 | 3,308.64 |
| Bonus | | | 0.00 | 0.00 | 2,081.04 |
| Holiday | | | 0.00 | 56.00 | 2,288.72 |
| **Total:** | | 81.50 | 3,332.41 | 1,414.02 | 61,000.41 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 191.61 | 3,526.93 |
| MED EE | 44.81 | 824.85 |
| FEDERAL WH | 332.61 | 6,322.58 |
| PA WH | 94.83 | 1,745.59 |
| ARNOLD CITY | 30.88 | 568.62 |
| PA SUI EE | 2.33 | 42.68 |
| ARNOLD CITY LST | 2.00 | 36.00 |
| **Total:** | 699.07 | 13,067.25 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Keystone Collections | 0.00 | 1,211.77 |
| Medical Pre-Tax | 233.21 | 3,964.57 |
| Dental Pre-Tax | 8.04 | 136.68 |
| Vision Pre-Tax | 0.78 | 13.26 |
| 401(k) | 33.32 | 610.00 |
| **Total:** | 275.35 | 5,936.28 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation TPS I | Accrued: | 4.6944 | Taken: | 10.00 | Balance | 39.27 |
| Sick - TPS I | Accrued: | 2.7140 | Taken: | 6.00 | Balance | 4.15 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####2296 | Deposit Amount: 2,356.49 |

ReBuild TPS I LLC
161 Worcester Rd
STE 606
Framingham, MA 01701
720-839-5016

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/21/2026 | V9170582 |

| TOTAL NET PAY |
|---|
| ******$2,356.49 |

[redacted]
**Zachary Lytle**
401 Finley Rd
Pittsburgh, PA 15239

**NOT NEGOTIABLE**